IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BART KARLSON, Individually, and on behalf of all others similarly situated, and on behalf of the CONAGRA BRANDS RETIREMENT INCOME SAVINGS PLAN, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 1:18-cv-8328 |
| CONAGRA BRANDS, INC.; CONAGRA BRANDS, INC. EMPLOYEE BENEFITS ADMINISTRATIVE COMMITTEE; CONAGRA BRANDS APPEALS COMMITTEE; WILLIAM RYAN EGAN; and DOES NO. 1-10, Whose Names Are Currently Unknown, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Bart Karlson, by and through his attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby dismisses his claims in the above-referenced litigation against Defendants Conagra Brands, Inc., Conagra Brands, Inc. Employee Benefits Administrative Committee, Conagra Brands, Inc. Appeals Committee, and William Ryan Egan (collectively "Defendants"), such dismissal to be with prejudice, each party to bear his or its own attorneys' fees and costs. Defendants stipulate to this dismissal.

DocID: 4815-4384-3759.1

| | |
|---|---|
| SHEPHERD, FINKELMAN, MILLER & SHAH, LLP | HUSCH BLACKWELL LLP |
| */s/ Ronald Kravitz* <br> Ronald Kravitz <br> 1401 Dove Street, Suite 540 <br> Newport Beach, CA 92660 <br> Tel.: (323) 510-4060 <br> Fax: (866) 300-7367 <br> Email: rkravitz@sfmslaw.com | */s/ Brittany M. Falkowski* <br> Josef S. Glynias <br> Joe.Glynias@huschblackwell.com <br> Brittany M. Falkowski <br> Brittany.Falkowski@huschblackwell.com <br> 190 Carondelet Plaza, Suite 600 <br> St. Louis, MO 63105 <br> Tel: (314) 480-1500 <br> Fax: (314) 480-1505 |
| *Counsel for Plaintiff Bart Karlson* | *Counsel for Defendants* |

DocID: 4815-4384-3759.1

## **CERTIFICATE OF SERVICE**

      The undersigned counsel hereby certifies that the foregoing was filed via the Court's CM/ECF system on this 18th day of March, 2020, and thus served upon all parties of record.

      */s/ Ronald Kravitz*